IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02493-BNB

JEREMIAH CLAUDE ALLSUP,

    Applicant,

v.

PEOPLE OF THE STATE OF COLORADO,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 29 2010

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Applicant, Jeremiah Claude Allsup, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Fremont Correctional Facility in Canon City, Colorado. He initiated this action by filing a "Petition for Violation of Constitutional Rights Under the 14th, 6th and 5th Amendments," with the Court on October 1, 2010.

In an order filed on October 13, 2010, Magistrate Judge Boyd N. Boland ordered Mr. Allsup to cure certain enumerated deficiencies in this case within thirty days. Specifically, Mr. Allsup was directed to submit an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 on the Court-approved form. Mr. Allsup was also directed to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action on the Court-approved form and a current certified copy of his prisoner's trust fund statement. The October 13 order warned Mr. Allsup that if he failed to cure the designated deficiencies within the time allowed, the action would be dismissed without further notice.

Mr. Allsup has not communicated with the Court since October 1, 2010. Further, no mail has been returned to the Court as undeliverable. Therefore, Mr. Allsup has failed within the time allowed to cure the designated deficiencies. Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Applicant, Jeremiah Claude Allsup, to comply with the order to cure dated October 13, 2010.

DATED at Denver, Colorado, this __23rd__ day of __November__, 2010.

BY THE COURT:

*[signature: Christine M. Arguello]*

_____
CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK
Senior Judge, United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02493-BNB

Jeremiah Claude Allsup
Prisoner No. 141867
Fremont Corr. Facility
P.O. Box 999
Cañon City, CO 81215-0999

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 11/29/10

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk